Date of Arrest: 05/14

# United States District Court

### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
V.

Sosimo ALBINO-Leonides
Citizen of Mexico
YOB:1996
206252068
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 18-1501 MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about December 10, 2014, Defendant Sosimo ALBINO-Leonides, an alien, was removed from the United States to Mexico through the port of Brownsville, Texas, in pursuance of law, and thereafter on or about May 14, 2018, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about May 14, 2018, near San Luis, Arizona in the District of Arizona, Defendant Sosimo ALBINO-Leonides, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.   [X] Yes   [ ] No

Reviewed by AUSA John Ballos

Signature of Complainant
Daniel Villaneda
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

May 16, 2018   at   Yuma, Arizona
Date                     City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

**Defendant:** Sosimo ALBINO-Leonides

**Dependants:** NONE CLAIMED

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on four (4) previous occasion(s). The Defendant has been removed a total of two (2) times. The Defendant was last removed through Brownsville, Texas on December 10, 2014.

### CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/10/2014 | Brownsville, Texas | | Removed from the US (ER) (BP) |

**Narrative:** The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Rio Grande Valley on or about December 9, 2014.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona, on May 14, 2018.

**Charges:**
- 8 USC 1326(a) (Felony)
- 8 USC 1325(a)(1) (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 16, 2018
Date

Signature of Judicial Officer